# United States Court of Appeals
# for the Federal Circuit

---

November 4, 2013

**ERRATA**

---

Appeal No. 2012-1411

**DECKERS OUTDOOR CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

Decided:  May 8, 2013
Precedential Opinion

---

Please make the following change:

Page 1, change "Appeal from the United States Court of International Trade in No. 10-CV-0380, Judge Gregory W. Carman"  to  "Appeal from the United States Court of International Trade in consolidated No. 08-CV-0410, Judge Gregory W. Carman."